**Donald SCOGGINS, Appellant,**

v.

**FISCAL COURT OF BARREN COUNTY,
Ky., etc., et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Edward F. Pritchard, Jr., Frankfort, Ray B. White, White & Hughes, Bowling Green, for appellant.

Carroll M. Redford, Jr., Walter A. Baker, Glasgow, Rubin & Trautwein, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

**Frank HAMEN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Frank Hamen, pro se.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

**Beatrice MARTIN, Appellant,**

v.

**Arthur Lee MARTIN, Jr., Appellee.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

James S. Carroll, Julian W. Knippenberg, Carroll & Knippenberg, Lexington, for appellant.

Jack L. Miller, Lexington, for appellee.

Memorandum Opinion of the Court by Commissioner ROY N. VANCE, Reversing.*

**HARRIS BROS. CONSTRUCTION COMPA-
NY and Travelers Insurance Com-
pany, Appellants,**

v.

**Albert RATLIFF and Workmen's Com-
pensation Board, Appellees.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Harris Howard, Howard & Howard, Prestonsburg, for appellants.

Robert J. Greene, Perry & Greene, Paintsville, for appellees.

Memorandum Opinion by Commissioner CATINNA, Reversing.*

* Opinion ordered not to be published.